UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**SOCORRO HERNANDEZ,**<br><br>Defendant. | CASE NO. 15-CR-2613-GPC<br><br>ORDER TO PRESERVE AND INSPECT EVIDENCE |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The government preserve the following evidence during the pendency of this case: 1996 silver Plymouth Grand Voyager bearing California license plates, alleged narcotics seized, and any personal effects seized from Ms. Hernandez including any cell phones and all of the contents of the vehicle. Further, that all government agencies and private contractors having custody of such evidence be notified of this preservation order and that defense counsel and/or their agents and investigators be granted access to the cell phones, personal effects and vehicle.

**IT IS SO ORDERED**.

DATED: October 19, 2015

HON. GONZALO P. CURIEL
United States District Judge